UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA HARVEY,

    Plaintiff,

v.                                                                 Case No. 1:17-cv-227
                                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED**.


Dated: March 27, 2018                                    /s/ Ray Kent
                                                             United States Magistrate Judge